FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JOHN B.,[1]

                    Plaintiff,

        v.

FRANK BISIGNANO,
Commissioner of Social Security,

                    Defendant.

No.   1:26-cv-3034-EFS

**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)**

The parties agree that the matter should be reversed and remanded to the Commissioner of Social Security pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings.

---

[1] For privacy reasons, the Court refers to every social security plaintiff by first name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

ORDER - 1

Remand is warranted because the record contained personally identifiable information and medical records that relate to a different individual than the Plaintiff. On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, redact the medical records from the other individual, update Plaintiff's treatment record, reevaluate the evidence of record, and issue a new decision. Additionally, **this matter will be assigned to a new Administrative Law Judge**, consistent with Program Operations Manual System (POMS) HA 01210.055.

The Court will maintain jurisdiction over the case. If a fully favorable decision is not issued by the Agency after remand under sentence six of 42 U.S.C. § 405(g), Plaintiff may seek judicial review by reinstating this case rather than by filing a new Complaint.

Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand, **ECF No. 4**, is **GRANTED.**

2. This matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative

ORDER - 2

proceedings pursuant to sentence six of 42 U.S.C. § 405(g), as detailed above.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 24th day of April 2026.

_____
EDWARD F. SHEA
Senior United States District Judge

ORDER - 3